AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:15-CR-00073(1)-LY |
| (1) Jose Carmen Alvarado-Salinas | § § | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/24/2015

_Jose Alvarado_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_Guillermo Gonzalez_
Printed name of defendant's attorney

_[signature]_
Judge's signature

U.S. Magistrate Judge Andrew W Austin
Judge's printed name and title

FILED MAR 24 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY