| VISA Appt Date | ER Start Date | DOL Start Date | End Date | Last Name | Name | DOL # of WKs Worked | ER # of WKs Worked | ER # of WKs Worked (rounded down) | # of Days per Week Worked | # of Hrs/Day Worked | Wages due per week at TEC rate = $11.14/hr | Estimated amount Paid Wkly | Estimated Total BWs Due *column (H-I)*E | Revised | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Benitez Angeles | Roberto | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | San Antonio |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Ceron Gaspar | Cruz | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Copado Bolanos | J Rogelio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Cruz Reyes | Alejandro | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Cruz Reyes | David | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Cruz Reyes | Emanuel | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gamino Pacheco | Jorge A. | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Garcia Martinez | Juan Manuel | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Garcia Martinez | Martin | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Garcia Rangel | J Carmen | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Garcia Rangel | Saulon | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/17/2014 | 10/22/2014 | Garcia Rangel | Saul | 31.29 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gazpar Lopez | Silverio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gonzalez Alvarado | Nicolas | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gonzalez Gonzalez | Alejandro | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gonzalez Salinas | Efrain | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Gonzalez Salinas | Luis | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Hernandez Monroy | Antonio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Jimenes Flores | Faustino | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Jimenez Salinas | Juan Gabriel | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Leonardo Blas | Andres | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Lopez Alvarado | Tomas | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/17/2014 | 10/22/2014 | Maldonado | Roberto | 31.29 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Martinez Salvador | Primitivo | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Dallas |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Mendieta Nieto | Gilberto | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/17/2014 | 10/22/2014 | Mendieta Salinas | Jesus | 31.29 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/17/2014 | 10/22/2014 | Mendoza Barrera | Mario | 31.29 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Mendoza Camargo | Meliton | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Morales Martinez | J Emeterio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Munguia Sanchez | Alejandro | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Pachuca Jimenez | Antonio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Perez Castillo | Ivan | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Perez Hernandez | Gilberto | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Perez Hernandez | Rutilio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Perez Hernandez | Victor | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Perez Lugo | Jose L. | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Ramirez | Lucio | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Ramirez C | Alberto | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | San Antonio |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Ramirez Crescencio | Jose | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Resendiz Arvizo | Hermenegildo | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Rodriguez Olvera | Hilarion | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Salinas Gonzalez | Pablo | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Salinas Jimenez | Abel | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Salinas Jimenez | Miguel | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Salinas Salinas | Olivo | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | Austin |
| 2/25/2014 | 3/7/2014 | 3/1/2014 | 10/22/2014 | Velazquez F | Felipe | 33.57 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,307.84 | San Antonio |
| 2/25/2014 | 3/7/2014 | 3/17/2014 | 10/22/2014 | Vizuet Rodriguez | Hugo Magdiel | 31.29 | 32.71 | 32.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,307.84 | Dallas |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Casas Quiroz | Jose G. | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Ceron Gaspar | Jose Luis | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Cortes Hernandez | Camerino | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Escorcia | Juan | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Flores | Ismael | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Gomes Cruz | Anastacio | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Gonzalez Soria | Artemio | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Jimenez San Juan | Alvaro | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Pachuca | J Carmen | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Perez Hernandez | Dionisio | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Salinas Gonzalez | Orlando | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/1/2014 | 10/22/2014 | Salinas Mendiet | Gabriel | 33.57 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $2,163.60 | Austin |
| 3/13/2014 | 3/21/2014 | 3/17/2014 | 10/22/2014 | Visuet Rubio | Rubicel | 31.29 | 30.71 | 30.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,163.60 | Austin |
| 4/1/2014 | 4/9/2014 | 3/17/2014 | 10/22/2014 | Otero Chavez | Jose Rey | 31.29 | 28.00 | 28.00 | 6 | 10 | $668.40 | $596.28 | $2,256.33 | $2,019.36 | Austin |
| | unknown | 3/1/2014 | 10/22/2014 | Ceron | Luis | 33.57 | | 0.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $0.00 | Austin |
| | unknown | 3/1/2014 | 10/22/2014 | Gonzalez Salinas | Pablo | 33.57 | | 0.00 | 6 | 10 | $668.40 | $596.28 | $2,421.17 | $0.00 | Dallas |