# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CAUSE NO. A-15-CR-073 LY |
| JOSE ALVARADO SALINAS | § | |

## OPPOSED MOTION FOR CONTINUANCE OF SENTENCING DATE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOSE ALVARADO SALINAS, Defendant, by and through his attorney of record and files this Motion for Continuance of Sentencing Date, currently scheduled for June 18, 2015 at 9:00AM. As grounds therefore, Defendant would respectfully show as follows:

I.

On June 15, 2015, during an office consultation with attorney of record, Defendant was notified that Antonio Perez Garcia, his father in law, had just passed away in San Luis de la Paz, Guanajuato, Mexico from lung disease complications. Defendant requests permission to travel by car with his wife and children from Austin, Texas to San Luis de la Paz, Guanajuato, Mexico to attend the funeral and other matters related to the death of his father in law (travel time from Austin, Texas to San Luis de la Paz in Guanajuato, Mexico is approximately 12 hours).

II.

Defendant requests his date of sentence be continued for a period of no more than seven days, or for which ever date the Court feels is practicable.

III.

Assigned Assistant United States Attorney Michael Galdo objects to a motion for continuance being granted in this matter. Assigned Pre Trial Officer Stacy Salinas has no objections to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Motion for Continuance be granted.

Respectfully submitted,

/s/ Guillermo González
Guillermo González
904 West Avenue, Suite 100
Austin, Texas 78701
(512) 474-8001 Office
(512) 474-8006 Facsimile
SBN 08126700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CAUSE NO. A-15-CR-073 LY** |
| **JOSE ALVARADO SALINAS** | § | |

## ORDER

On this day came to be heard Defendant's Motion for Continuance. After consideration of same, this Court is of the opinion that said Motion is

      (GRANTED)      (DENIED).

IT IS HEREBY ORDERED that

_____
_____
_____
_____
_____
_____
_____.

SIGNED on this the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015 I electronically filed the foregoing Motion for Continuance with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the following attorney of record:

Michael Galdo, AUSA
816 Congress Ave., Suite 1000
Austin, Texas 78701


/s/ Guillermo González
Guillermo González