FILED

2015 AUG 21  AM 10: 32

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jose Carmen Alvarado-Salinas          Case Number: A-15-CR-073(01)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: June 18, 2015

Original Offense: VISA FRAUD, in violation of 18 U.S.C. § 1546(a)

Original Sentence: Time Served, followed by a Three (3) year term of Supervised Release; with special conditions for Three (3) months of Home Confinement, $138,614.14 in Restitution, and a $100 Special Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: June 18, 2015

---

### PREVIOUS COURT ACTION

None.

Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page 2

PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay the balance of the restitution at the rate of no less than $1,000 per month.**

CAUSE

The Court ordered restitution in the amount of $138,614.14, as a special condition.   The defendant has agreed to pay $1,000 per month in order to settle his restitution condition, and the signed Modification Waiver form is attached.   Since commencing his supervised release term, the defendant has displayed a good attitude and compliant conduct.   He is stable at work and home with his family. He is presently on the Home Confinement program without any issues.   He reports as directed, and is always cordial and respectful to the probation officer.

Assistant U.S. Attorney Michael C. Galdo has been notified.

Respectfully submitted,

Dwayne Jones
Supervising U.S. Probation Officer
Date:   8-20-15

Paul Rodriguez
Senior U.S. Probation Officer
Date:   8-20-15

Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page 3

## THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[X] The Modification of Conditions as Noted Above.

[ ] Other

Lee Yeakel
U.S. District Judge

Date: August 21, 2015.

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay the balance of the restitution at the rate of no less than $1,000 per month.**

Witness: _____          Signed: _____
Paul Rodriguez                                              Jose Carmen Alvarado-Salinas
Sr. U.S. Probation Officer                                  Supervised Releasee

8-5-15
Date